UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

FRANK CHARLES SANBORN,  )
                                            )
       Petitioner,  ) Case No. EDCV 07-0559-ABC(AJW)
                                            )
   v.                                 )
                                            )
JAMES A. YATES, Warden,  )     JUDGMENT
                                            )
       Respondent.   )
_____)

    It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: February 22, 2011

_____
Audrey B. Collins
United States District Judge